Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR 15-00042RSL |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO CONTINUE TRIAL AND |
| vs. | ) | PRETRIAL MOTIONS DEADLINE |
| | ) | |
| DONALD D. HOPFE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT having considered the unopposed motion by the defense to

continue the trial and the pretrial motions deadline, the records and files herein, the

Court hereby makes the following findings:

1.    Based on the facts set forth in the parties stipulated motion, the Court finds

that a failure to grant the continuance would deny counsel the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence,

within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2.    The Court further finds that the ends of justice will be served by ordering a

continuance in this case; that a continuance is necessary to insure adequate time for

defense investigation, effective trial preparation and an opportunity for the defendant to

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE    - 1
(*Donald D. Hopfe*, CR 15-00042RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

benefit from his efforts; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date for Mr. Hopfe is continued from April 27, 2015, to October 5, 2015.  Pretrial motions shall be filed by September 11, 2015.

It is further ORDERED that this period of delay from the date of this order through the new trial date, will be excludable time under the Speedy Trial Act under Title 18, U.S.C. § 3161(h)(7)(A).

DONE this 2nd day of  March, 2015.


_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge


Presented by,

s/ *Dennis Carroll*
Dennis Carroll, WSBA No. 24410
Attorney for Donald D. Hopfe
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE     - 2
(*Donald D. Hopfe*, CR 15-00042RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**