Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR 15-00042RSL |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| vs. | |
| DONALD D. HOPFE, | |
| Defendant. | |

THE COURT has considered the unopposed motion by the defense to continue the trial and the pretrial motions deadline in this case and finds that:

1. Based on the facts set forth in the parties' stipulated motion, and in particular the time needed by the defense to review the forensic analysis of Mr. Hopfe's computer and other media from his home, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE  - 1
*United States v. Hopfe* / CR 15-00042RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation and an opportunity for the defendant to benefit from his efforts; and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date for Mr. Hopfe is continued from October 5, 2015, to December 14, 2015. Pretrial motions shall be filed by November 16, 2015.

It is further ORDERED that the period of time from the current trial date of October 5, 2015, up to and including the new proposed trial date of December 14, 2015, shall be excludable time pursuant to the Speedy Trial Act under Title 18, U.S.C. § 3161(h)(7)(A).

DONE this 24th day of August, 2015.

Robert S. Lasnik
United States District Judge

Presented by,

s/ *Dennis Carroll*
Dennis Carroll, WSBA No. 24410
Attorney for Donald D. Hopfe
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE - 2
*United States v. Hopfe* / CR 15-00042RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100