Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00042RSL |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |
| vs. | |
| DONALD D. HOPFE, | |
| Defendant. | |

THE COURT, having considered the unopposed motion by the defendant to continue the trial and the pretrial motions due dates, and the records and files herein, hereby makes the following findings:

1. Based on the facts set forth in the defendant's unopposed motion, and in particular the time needed by defense counsel to review the forensic analysis of Mr. Hopfe's computer and other media from his home, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DUE DATE  - 1
*United States v. Hopfe* / CR 15-00042RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation and an opportunity for the defendant to benefit from his efforts, particularly given Mr. Hopfe's October 21, 2015, surgery date; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date for Mr. Hopfe is continued from December 14, 2015, to January 25, 2016.  Pretrial motions shall be filed by December 14, 2015.

It is further ORDERED that the period of time from the current trial date of December 14, 2015, up to and including the new proposed trial date of January 25, 2016, shall be excludable time pursuant to the Speedy Trial Act under Title 18, U.S.C. § 3161(h)(7)(A).

DONE this 26th day of October, 2015.

Robert S. Lasnik
United States District Judge

Presented by,

s/ *Dennis Carroll*
Dennis Carroll
Assistant Federal Public Defender
Attorney for Donald D. Hopfe

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DUE DATE   - 2
*United States v. Hopfe* / CR 15-00042RSL

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**