The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-042-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBIT |
| DONALD D. HOPFE, | |
| Defendant. | |

THIS MATTER has come before the Court on Mr. Hopfe's motion to seal Exhibit 4, BOP medical records, to his motion for compassionate release. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibit under seal.

IT IS ORDERED that Exhibit 4 be sealed.

DATED this 15th day of March 2021

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Donald D. Hopfe

ORDER TO SEAL EXHIBIT
(*USA v. Hopfe*, C15-042-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100