The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD D. HOPFE <br><br> Defendant. | NO. CR15-042 RSL <br><br> ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This matter has come before the Court on the motion to seal Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

//

//

//

//

//

Sealing Order
*United States v. Hopfe,* CR15-042 RSL

- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        IT IS HEREBY ORDERED that Exhibit A to Government's Response to

2   Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)

3   be filed under seal.

4        DATED this 15th day of March, 2021.

5

6

7

8        ROBERT S. LASNIK
     United States District Court Judge

9

10   Presented by:

11   */s/ Rebecca S. Cohen*

12   REBECCA S. COHEN
Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sealing Order
*United States v. Hopfe,* CR15-042 RSL
- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970